*UNITED STATES DISTRICT COURT*
**DISTRICT OF ARIZONA**

**United States of America**

**v.**

**FELIPA FLORICEL**
**CHELIS-OLIVARRIA**

USM#: 95728-208

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.  CR 10-00636-001-TUC-FRZ(CRP)**

Saji Vettiyil (Retained)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/29/10 to Count 1, 2, 3 and 4 of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 31, U.S.C. §5316,§5332 and Title 18, U.S.C. §371, Conspiracy to Commit Bulk Cash Smuggling, a Class D Felony offense, as charged in the Information; Title 31, U.S.C. §5316,§5332 , Bulk Cash Smuggling, a Class D Felony offense, as charged in the Information; Title 31, U.S.C. §5316,§5322 and Title 18, U.S.C. §371, Conspiracy to Commit Monetary Instrument Reporting Offense, a Class D Felony offense, as charged in the Information; Title 31, U.S.C. §5316,§5322 , Failure to Report Monetary Instruments, a Class D Felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **TIME SERVED** for each of Counts 1,2, 3, and 4 of the Information to run concurrently.  Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **TWO (2) YEARS** on each Counts 1, 2, 3 and 4, said counts to run concurrently.

**FORFEITURE ALLEGATION**: $16,260.00 is administratively forfeited as part of plea agreement.

**\*\*\*IT IS FURTHER ORDERED THAT**: PURSUANT TO THE PLEA AGREEMENT BETWEEN THE PARTIES THE DEFENDANT SHALL FORFEIT TO THE UNITED STATES OF AMERICA THE SUM OF **SIXTEEN THOUSAND AND TWO HUNDRED SIXTY DOLLARS ($16,260.00) IN U.S. CURRENCY** ACCORDING TO THE LAW  WHICH CONSTITUTES PROPERTY INVOLVED IN TITLE 31, USC §5317 and §5332.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

  **SPECIAL ASSESSMENT:** REMITTED  **FINE:** $WAIVED    **RESTITUTION:** NOT RECOMMENDED

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The total special assessment is REMITTED.

USA vs. FELIPA FLORICEL CHELIS-OLIVARRIA

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision.  Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.  The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **TWO (2) YEARS** on each Counts 1, 2, 3 and 4, said counts to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:

1)   You shall not commit another federal, state, or local crime during the term of supervision.
2)   You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3)   You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4)   You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5)   You shall support your dependents and meet other family responsibilities.
6)   You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7)   You shall notify the probation officer at least ten days prior to any change of residence or employment.
8)   You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9)   You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner.  Possession of controlled substances will result in mandatory revocation of your term of supervision.
10)  You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11)  You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12)  You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13)  You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14)  You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15)  As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such

notification requirement.

16)   If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon.  If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition.  Possession of a firearm will result in mandatory revocation of your term of supervision.  This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.

17)   Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18)   If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19)   You shall pay any monetary penalties as ordered by the Court.  You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

20)   If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

The Defendant shall violate no state, local or federal laws while on Supervision.

1. If Deported, Not re-enter the United States without legal authorization.

Defendant advised on record and signs conditions of release.

**THE DEFENDANT PREVIOUSLY WAIVED THE RIGHT TO APPEAL.**

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence:  **Friday, April 16, 2010**

DATED this 17th day of April, 2010.

FRANK R. ZAPATA
United States District Judge

**RETURN**

CR 10-00636-001-TUC-FRZ(CRP)                                                                  Page 4 of 4
USA vs. FELIPA FLORICEL CHELIS-OLIVARRIA

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____ , the
institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.


_____          By:_____

United States Marshal                                          Deputy Marshal


CR 10-00636-001-TUC-FRZ(CRP) - CHELIS-OLIVARRIA